# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00239-DAD-EPG<br><br>**ORDER STAYING ACTION**<br><br>(ECF No. 21) |

Plaintiff George N. Allen commenced this action on February 17, 2017, seeking judicial review of a final decision by the Commissioner of Social Security that found him liable for $20,647 of overpayment of benefits under Title II of the Social Security Act. (ECF No. 1.) On October 12, 2017, Plaintiff filed a motion for a temporary stay of the proceedings in this action. (ECF No. 21.) Plaintiff states that he is to be transferred from Coalinga State Hospital to Los Angeles County Jail for a trial pursuant to California Welfare & Institutions Code § 6604, and will not have access to materials such as paper, pens, and his legal research. *Id.* The trial is scheduled to begin on November 2, 2017, and may last two weeks. Plaintiff states that after the

trial, he may be transferred back to Coalinga State Hospital or released from custody. *Id.*

On October 13, 2017, Defendant filed a statement of non-opposition to Plaintiffs' motion. (ECF No. 22.) Defendant states that the outcome of Plaintiff's California Welfare & Institutions Code § 6604 trial may be relevant to its legal arguments in this case.

Accordingly, upon good cause shown, IT IS ORDERED THAT:

1. All proceedings in this action are stayed pending the termination of Plaintiff's California Welfare & Institutions Code § 6604 trial.
2. The Court also modifies the current scheduling order as follows:
   a. On or before December 22, 2017, Plaintiff shall provide to the Court an update concerning the outcome of the trial under California Welfare & Institutions Code § 6604, which shall also be served on counsel for Defendant.
   b. On or before January 26, 2018, Defendant shall file a brief responding to Mr. Allen's opening brief.
   c. On or before February 12, 2018, Plaintiff shall file any reply brief responding to Defendant's brief.

IT IS SO ORDERED.

Dated: **October 13, 2017**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE