# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00239-DAD-EPG<br><br>**ORDER DENYING MOTION TO LIFT TEMPORARY STAY, AND CONTINUING STAY OF ACTION**<br><br>(ECF No. 25) |

　　　　Plaintiff George N. Allen commenced this action on February 17, 2017, seeking judicial review of a final decision by the Commissioner of Social Security that found him liable for $20,647 of overpayment of benefits under Title II of the Social Security Act. (ECF No. 1.)

　　　　On October 12, 2017, Plaintiff filed a motion for a temporary stay of the proceedings in this action. (ECF No. 21.) Plaintiff stated that he was to be transferred from Coalinga State Hospital to Los Angeles County Jail for a trial pursuant to California Welfare & Institutions Code § 6604 to be held on November 2, 2017. *Id.* On October 13, 2017, Defendant filed a statement of non-opposition to the motion. (ECF No. 22.) Defendant stated that the outcome of Plaintiff's section 6604 trial may be relevant to its legal arguments in this case. On October 13, 2017, the Court stayed this action pending the termination of the section 6604 trial. (ECF No. 24.) The

1

Court also modified the briefing schedule, and directed Defendant to submit its responsive brief on or before January 26, 2018. *Id.*

Plaintiff now moves to lift the temporary stay in this action. (ECF No. 25.) Plaintiff states that his section 6604 trial has been postponed until January or February 2018, and he will not be transferred to Los Angeles County Jail. *Id.*

In opposition, Defendant argues that the motion should be denied because the outcome of the section 6604 trial may still be relevant to Defendant's legal arguments in this case. (ECF No. 26.) Defendant requests that the Court continue the stay in this action to February 28, 2018 and amend the briefing scheduling accordingly. *Id.*

The Court finds that the interests of judicial economy and efficiency are served by continuing the stay in this action pending the termination of the section 6604 trial. Accordingly, IT IS ORDERED THAT:

1. Plaintiff's motion to lift the temporary stay is denied;
2. All proceedings in this action shall remain stayed pending the termination of Plaintiff's California Welfare & Institutions Code § 6604 trial;
3. On or before March 14, 2018, Plaintiff shall provide to the Court an update concerning the status and outcome of his trial under California Welfare & Institutions Code § 6604, which shall also be served on counsel for Defendant; and
4. The Court modifies the current briefing schedule as follows:
    a. On or before April 11, 2018, Defendant shall file a brief responding to Mr. Allen's opening brief.
    b. On or before April 27, 2018, Plaintiff shall file a reply brief, if any, responding to Defendant's brief.

IT IS SO ORDERED.

Dated: **November 3, 2017**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE